AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations                    (6922)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br><br>**STEVIE LABARRON JOHNSON** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Supervised Release)<br><br>CASE NUMBER:  **1:03-CR-00126-001**<br>USM NUMBER:  **08476-003**<br><br> Christopher Knight, Esquire<br>**Defendant's Attorney** |

**THE DEFENDANT:**

( )  admitted guilt to violation of supervision condition(s): _____

(X)  was found in violation of supervision condition:  9 as set forth in the petition dated 1/18/2008.

| | | Date violation |
|---|---|---|
| **Violation Number** | **Nature of Violation** | **Occurred** |
| 9 | Technical | |

      **The defendant is sentenced as provided in pages 2 through  2   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

(X)   The court found that there was insufficient evidence to find that defendant had violated the standard condition as set forth in the petition dated January 18, 2008; therefore, defendant is discharged as to said violation condition.

      IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**Defendant's Social Security No.:**  6309

**Defendant's Date of Birth:**  1974

**Defendant's Residence Address:**
Mobile, AL____
____

**Defendant's Mailing Address:**
____
____

February 11, 2008
Date of Imposition of Judgment

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

February 15, 2008
Date

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Judgment  2

Defendant: **STEVIE LABARRON JOHNSON**
Case Number: **1:03-CR-00126-001**

# IMPRISONMENT

       The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term** of  EIGHT (8) MONTHS     .

( )     The court makes the following recommendations to the Bureau of Prisons:

(X)    The defendant is remanded to the custody of the United States Marshal.

( )     The defendant shall surrender to the United States Marshal for this district:

   ( )    at __ .m. on ___.
   ( )    as notified by the United States Marshal.

( )     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ( )    before 2 p.m. on ____.
   ( )    as notified by the United States Marshal.
   ( )    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

    __ UNITED STATES MARSHAL ___

    By:_____
               Deputy U.S. Marshal